EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
PAMELA RATNER SOBECK
Supervising Deputy Attorney General
CHRISTOPHER P. BEESLEY
Deputy Attorney General
State Bar No. 236193
  110 West A Street, Suite 1100
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 645-2567
  Fax:  (619) 645-2581
  E-mail:  Christopher.Beesley@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL GORDON WHITMORE,** | 09-1324 MMA (NLS) |
| Petitioner, | **MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **MATTHEW CATE, Warden,** | |
| Respondent. | |

Christopher P. Beesley, declares:

I am the Deputy Attorney General assigned to prepare the Answer in this matter, which is due September 21, 2009.  I request the time to respond be extended 39 days through October 30, 2009, for the following reasons:

This Court ordered a response on July 16, 2009.

1

I generally work on cases in the order they are assigned to me. Since this Court ordered the response in the instant case, I completed and filed the Respondent's Briefs in *People v. Craig* (G041699), *People v. Shack* (D054175), and a Supplemental Letter Brief in *People v. Freeman* (S150984). I also completed and filed the Answers in *Fulbright v. McDonalds* (09CV0609-JAH (BLM)), *Cota v. Hedgpeth* (SACV 09-00613-CAS (VBK)), *Montiel v. Gonzales* (SACV 09-803-GAF (SS)), and *Jones v. Warden* (EDCV 09-1395 JSL (CW)).

I am currently completing the preparation of the Respondent's Brief in *People v. Roberts, et al.* (D053377), a multi-defendant gang case involving a very large record and many claims.

Additionally, I took a week long family vacation in August.

I have fully reviewed the 11 claims raised in the instant Petition and as soon as I have completed the response in *Roberts*, will be able to devote my undivided attention to the instant matter.

Granting an enlargement of time of 39 days will permit me to fully respond to all of Petitioner's claims so that the Answer may be helpful to this Court. The enlargement of time will also provide adequate time for proper review, formatting, and processing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 18, 2009

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
PAMELA RATNER SOBECK
Supervising Deputy Attorney General

/s/ Christopher P. Beesley

CHRISTOPHER P. BEESLEY
Deputy Attorney General
*Attorneys for Respondent*

CPB:dp
SD2009804607
70218331.doc

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Paul Gordon Whitmore v. Matthew Cate, Warden**

No.:   **09-1324 MMA (NLS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266.

On September 18, 2009, I served the attached **MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Paul Gordon Whitmore
G-40654
P.O. Box 3471
Corcoran, CA  93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 18, 2009, at San Diego, California.

| | |
|---|---|
| _____ | _____ |
| D. Perez | |
| Declarant | Signature |

SD2009804607
70218343.doc