# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES



FILED
10 NOV -8 AM 9:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☒ U. S. MAGISTRATE JUDGE  Gallo
FROM: E. Lloyd, Deputy Clerk        RECEIVED DATE: 11/4/10
CASE NO.: 09cv1324-MMA-WVG   DOCUMENT FILED BY: Petitioner
CASE TITLE: Whitmore v. Hense
DOCUMENT ENTITLED: Request to Clearly Label All Mail to Petition as "Legal Mail"

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Request not grantable |

Date forwarded: 11/5/10

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: WVG

Dated: 11/5/10    By: [signature]
cc: All Parties

Paul Whitmore G40654
3C03  104 up
P.O. Box 3471
Corcoran, CA 93212

# IN UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| Paul Gordon Whitmore, Petitioner | 09-1324 MMA (WVG) |
|---|---|
| v | Request to Clearly Label All Mail to Petitioner As "Legal Mail" |
| Matthew Cate, Warden, Respondent | |

**REJECTED**

On October 21st, 2010, Petitioner received the "Opposition to Motion..." from the Attorney General's offices in San Diego. The postmark clearly says "October 1, 2010." Petitioner asked the Correctional Officer who distributed the mail about the delay. Petitioner was informed that this was not marked "legal mail" so it had been handled as regular mail, so it was searched. The search procedure takes two to three weeks.

Petitioner has filed a grievance about searching this legal mail and causing such a delay. Legal mail, so marked, usually arrives within 3-4 days